1  Charles E. Bauer (SBN 124163)
   LAW OFFICE OF CHARLES E. BAUER
2  1007 Seventh Street, Suite 218
   Sacramento, California 95814
3  (916) 443-0529; fax (916) 930-0477

4  Attorney for Marcario Barrigan Ayala

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-00425 MCE |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| MARCARIO BARRIGAN AYALA, | |
| Defendant. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Paul A. Hemesath; defendant Marcario Barrigan Ayala, by and through his counsel, Charles E. Bauer, agree and stipulate to vacate the date set for Judgment and Sentencing, March 29, 2012 at 9:00 a.m. in the above captioned matter, and to continue Judgment and Sentencing to May 3, 2012 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that additional time is needed by the above counsel for defense preparation. Mr. Hemesath concurs with this request and has authorized Mr. Bauer to sign this stipulation on his behalf.

///
///
///

1

1 The parties further agree and stipulate that the time period from the filing of this
2 stipulation until May 3, 2012 should be excluded in computing time for commencement of trial
3 under the Speedy Trial Act, based upon the interests of justice under 18 U.S.C.
4 §3161(hj)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable
5 time necessary for effective defense preparation. It is further agreed and stipulated that the ends
6 of justice served in granting the request outweigh the best interest6s of the public and the
7 defendant in a speedy trial.
8 Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
9 IT IS SO STIPULATED.
10 Dated: March 27, 2012            BENJAMIN WAGNER
                                   United State Attorney

                                   By:   /s/ Paul A. Hemesath
                                         PAUL A. HEMESATH
                                         Assistant United State Attorney

Dated: March 27, 2012                    /s/ Charles E. Bauer
                                         CHARLES E. BAUER
                                         Attorney for Defendant
                                         MARCARIO BARRIGAN AYALA


**IT IS SO ORDERED.**

**Dated:  March 29, 2012**

MORRISON C. ENGLAND, JR.
**UNITED STATES DISTRICT JUDGE**