1  Charles E. Bauer (SBN 124163)
   LAW OFFICE OF CHARLES E. BAUER
2  1007 Seventh Street, Suite 218
   Sacramento, California 95814
3  (916) 443-0529; fax (916) 930-0477

4  Attorney for Marcario Barrigan Ayala

5

6              **IN THE UNITED STATES DISTRICT COURT**

7            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9  UNITED STATES OF AMERICA,              2:10-CR-00425 MCE

10             Plaintiff,

11     vs.                                 STIPULATION AND ORDER TO
                                           CONTINUE JUDGMENT AND
12 MARCARIO BARRIGAN AYALA,                SENTENCING

13             Defendant.
                                        /
14
                              **STIPULATION**
15
        Plaintiff, United States of America, by and through its counsel, Assistant United States
16
   Attorney Paul A. Hemesath; and defendant Marcario Barrigan Ayala, by and through his counsel,
17
   Charles E. Bauer, agree and stipulate to vacate the date set for Judgment and Sentencing, May 3,
18
   2012 at 9:00 a.m. in the above captioned matter, and to continue Judgment and Sentencing to
19
   May 17, 2012 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.
20
        The reason for this request is that Mr. Hemesath is in trial and defense counsel has agreed
21
   to an extension of time for Judgment and Sentencing so that Mr. Hemesath may consider
22
   defendant's proposed testimony pursuant to Guideline 5K.
23
   / / / /
24
   / / / /
25
   / / / /
26
   / / / /
27

28                                          1

1    Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

2  IT IS SO STIPULATED.

3  Dated: May 1, 2012                                    BENJAMIN WAGNER
                                                        United State Attorney

4
                                                        By:___/s/ Paul A. Hemesath_____
5                                                          PAUL A. HEMESATH
                                                           Assistant United State Attorney
6

7  Dated: May 1, 2012                                    _____/s/ Charles E. Bauer_____
                                                           CHARLES E. BAUER
8                                                          Attorney for Defendant
                                                           MARCARIO BARRIGAN AYALA
9

10

11    Time is excluded through and including May 17, 2012 , in the interests of justice pursuant

12 to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4.  The Court specifically finds that the ends of

13 justice served by taking the action ordered outweigh the best interest of the public and the

14 defendant in a speedy trial.

15

16    **IT IS SO ORDERED.**

17   **Dated:  May 3, 2012**

18

19                                                        **MORRISON C. ENGLAND, JR.**
                                                          **UNITED STATES DISTRICT JUDGE**
20

21

22

23

24

25

26

27

28                                                2